IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

Helen Castle

)
)
)
)
)
)
**Name of Plaintiff**  )
)   Case No. _____
v.  )   (To be assigned by Clerk)
Eric K Fanning, Secretary of the Army  )   Jury Demand  [ ] Yes  [ ] No
DA Docket Number:  )
ARFTCAMP14MAR00987  )
EEOC Case Number: 470-2015-00164X  )
)
)
)
**Name of Defendant(s)**  )

### COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination. Jurisdiction is specifically conferred upon the Court by 42 U.S.C. § 2000e-5, or, if the Plaintiff is a federal employee, by 42 U.S.C. § 2000e-16. Relief is sought under 42 U.S.C. § 2000e-5(g) and/or 42 U.S.C. § 1981a(b).

2. Plaintiff, Helen Castle, is a citizen of the United States and resides at

   215 Aster Dr , Clarksville ,
   Street address                City

   Montgomery , TN , 37042 , 931-278-0489 .
   County       State   Zip Code   Telephone Number

3. Defendant, Dept of Army Blanchfield Army Community Hospital resides at, or its business is located at

   650 Joel Dr , Ft Campbell ,
   Street address                City

   , Ky , 42223 .
   County   State   Zip Code

(If more than one Defendant, list the name and address of each additional Defendant)

Filed against DR Quentin Humberd (Dept of Behavioural Health)

_____

_____

_____

_____.

4. Plaintiff sought employment from the Defendant or was employed by the Defendant at

650 Joel Dr , Ft Campbell ,
Street address                                City

_____, KY , 42223 .
County              State       Zip Code

5. Defendant discriminated against Plaintiff in the manner indicated in paragraphs 8 and 9 of this Complaint on or about July         16         2013        .
                                                                Month      Day      Year

6. Plaintiff filed charges against the Defendant with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission charging the Defendant with the acts of discrimination indicated in paragraphs 8 and 9 of this Complaint on or about April    22    2014    .
   Month      Day      Year

7. The Equal Employment Opportunity Commission or the United States Department of Justice issued a Notice of Right to Sue which was received by Plaintiff on October
                                                                                    Month
   04         2016         , a copy of which Notice is attached.
   Day        Year

8. Because of Plaintiff's (1) x_____ race, (2) _____ color, (3) _____ sex,

   (4) _____ religion, (5) _____ national origin, the Defendant:

a. _____ failed to employ Plaintiff.

b. __x__ terminated Plaintiff's employment.

c. _____ failed to promote Plaintiff.

d. __x__ retaliated against Plaintiff for having filed a charge of discrimination.

e. __x__ other. Explain: _____
Sent intiminidating emails, downgaded position, hostile working environment. did not comunicate with me. treated different than other employees.

9. The circumstances under which Defendant discriminated against Plaintiff were as follows:

Violated my civil rights, retaliation, adverse treatment, adverse actions, negative evaluation, isloated me from other employees, affected my terms of employment, Compromised my health. caused extreme emotional distress.

(You may use additional paper, if necessary.)

10. The acts set forth in paragraph 8 of this Complaint:

a. _____ are still being committed by Defendant.

b. __x__ are no longer being committed by Defendant.

c. _____ may still be being committed by Defendant.

11. Plaintiff attaches to this Complaint a copy of the charges filed with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission, which charges are submitted as a brief statement of the facts supporting this Complaint.

**WHEREFORE**, Plaintiff prays that the Court grant the following relief:

a. _____ direct that Defendant employ Plaintiff, or

b. _____ direct that Defendant re-employ Plaintiff, or

c. _____ direct that Defendant promote Plaintiff, or

d. _____ order other equitable or injunctive relief: _____.

e. _____ direct that Defendant pay Plaintiff back pay in the amount of _____ and interest on back pay;

f. _x_____ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages:
300000.00, pain/suffering, destroyed my physical and mental health, loss of enjoyment of life, carreer l_____.

g. _x_____ direct that Defendant pay Plaintiff punitive damages in the amount of
100000.00
_____ because Defendant engaged in a discriminatory practice or practices with malice or with reckless indifference to Plaintiff's federally protected rights, as described in paragraphs 8 and 9 above; and that the Court grant such other relief as may be appropriate, including costs and attorney's fees.

_Jbeeen Castle (Gossett)_
(Signature of Plaintiff)

12-23-16

10. I was terminated Oct 2016 while on FMLA

Helen Castle
AR FT CAMP 14 MAR
00987

11.F Work place treatment became totally debilitating. Humiliation. difficult sleeping, hated to come to work, Compromised my health Severely Ongoing emotional distress on a daily basis. Increased Health issues. unable to practice as Liscence Practical Nurse.

11 G. Failed to accommodate me., loss of Employment, loss of enjoyment of life severe depression, Insomia, crying all the time emotional pain, loss of confidence. Held up my disability Retirment paperwork, which hurt me financally.

DA Docket