UNITED STATES
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
INDIANAPOLIS DISTRICT OFFICE



HELEN CASTLE

    Complainant,

v.

PATRICK MURPHY,
ACTING SECRETARY,
U.S. DEPARTMENT OF THE ARMY,

    Agency.
_____ /

EEOC NO. 470-2015-00164X
AGENCY NO. ARFTCAMP14MAR00987

Davidson Momah
U.S. ADMINISTRATIVE JUDGE

## ORDER ENTERING JUDGMENT

For the reasons set forth in the Hearings Transcript dated June 14, 2016, judgment in the above-captioned matter is hereby entered in favor of the Agency.

A notice of appeal rights is attached to the Decision.

It is so ORDERED on 9/2-/16

For the Commission: _____
                    Davidson Momah, U.S. Administrative Judge

Enclosure 1

# NOTICE OF APPEAL/PETITION
## TO THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
OFFICE OF FEDERAL OPERATIONS
P.O. Box 77960
Washington, DC 20013

**Complainant Information:** (Please Print or Type)

| | |
|---|---|
| Complainant's name (Last, First, M.I.): | |
| Home/mailing address: | |
| City, State, ZIP Code: | |
| Daytime Telephone # (with area code): | |
| E-mail address (if any): | |

**Attorney/Representative Information (if any):**

| | |
|---|---|
| Attorney name: | |
| Non-Attorney Representative name: | |
| Address: | |
| City, State, ZIP Code: | |
| Telephone number (if applicable): | |
| E-mail address (if any): | |

**General Information:**

| | |
|---|---|
| Name of the agency being charged with discrimination: | |
| Identify the Agency's complaint number: | |
| Location of the duty station or local facility in which the complaint arose: | |
| Has a **final action** been taken by the agency, an Arbitrator, FLRA, or MSPB on this complaint? | ____Yes; Date Received _____ (Remember to attach a copy)<br>____No<br>____This appeal alleges a breach of settlement agreement |
| Has a complaint been filed on this same matter with the EEOC, <u>another</u> agency, or through any <u>other</u> administrative or collective bargaining procedures? | ____No<br>____Yes (Indicate the agency or procedure, complaint/docket number, and attach a copy, if appropriate) |
| Has a civil action (lawsuit) been filed in connection with this complaint? | ____No<br>____Yes **(Attach a copy of the civil action filed)** |

NOTICE: Please **attach a copy of the final decision or order** from which you are appealing. If a hearing was requested, please attach a copy of the agency's final order and a copy of the EEOC Administrative Judge's decision. Any comments or brief in support of this appeal MUST be filed with the EEOC **and** with the agency **within 30 days** of the date this appeal is filed. The date the appeal is filed is the date on which it is postmarked, hand delivered, or faxed to the EEOC at the address above.

| | |
|---|---|
| Signature of complainant or complainant's representative: | |
| Date: | |

EEOC Form 573 REV 1/09

Enclosure 2

DEPARTMENT OF THE ARMY
EQUAL EMPLOYMENT OPPORTUNITY COMPLIANCE
AND COMPLAINTS REVIEW

| | |
|---|---|
| Helen Castle<br><br>    Complainant<br><br>v.<br><br>Eric K. Fanning, Secretary of the Army<br><br>    Agency | DA Docket No.: ARFTCAMP14MAR00987<br><br>EEOC Case No.: 470-2015-00164X |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I transmitted the Army's final action, with a copy of the EEOC AJ's Decision (Enclosure 1), EEOC Form 573 (Enclosure 2), and this Certificate of Service (Enclosure 3), to the following parties:

**Certified Mail - Return Receipt Requested**

Helen Castle
215 Aster Drive
Clarksville, Tennessee 37042

Andy Allman, Esq.
Andy L. Allman & Associates
131 Saundersville Road, Suite 110
Hendersonville, Tennessee 37075

**Electronic Mail**

Commander
U.S. Army Garrison – Fort Campbell
ATTN: IMCAM-EEO (Gregory Stallworth, EEO Officer)
1501 William C. Lee Road
Fort Campbell, Kentucky 42223
gregory.p.stallworth.civ@mail.mil

Commander
U.S. Army Garrison – Fort Campbell
ATTN: AFZB-JA (Katherine E. Griffis, Agency Representative)
5911 Tennessee Avenue
Fort Campbell, Kentucky 42223
katherine.e.griffis.civ@mail.mil

Enclosure 3

Commander
US Army Medical Command
ATTN: MCEE (Cheryl Neal-Green, EEO Director)
2748 Worth Road, Suite 20
Fort Sam Houston, Texas 78234-6020
cheryl.l.nealgreen.civ@mail.mil

*Regular Mail*

U.S. Equal Employment Opportunity Commission
Indianapolis District Office
ATTN: Davidson Momah, Administrative Judge
101 West Ohio Street, Suite 1900
Indianapolis, Indiana 46204

| OCT – 4 2016 | /s/ Valerie Hulbert |
|---|---|
| Date | EEO Specialist |